IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER GABLE**                                                         **PLAINTIFF**

**VS.**                                **4:21-CV-00107-BRW**

**UNITED STATES PROBATION**                           **DEFENDANTS**
**SERVICES,** *et al.*

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of March, 2021.

                                               Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE